THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KELLY SHAFFSTALL, | CASE NO. C18-1656-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| OLD DOMINION FREIGHT LINE, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion modifying briefing schedule (Dkt. No. 16). The motion is GRANTED. Defendant shall file its response to Plaintiff's motion to compel by July 19, 2019. Plaintiff shall file his reply to Defendant's response by July 26, 2019. The Clerk is DIRECTED to re-note Plaintiff's motion to compel (Dkt. No. 15) to July 26, 2019.

DATED this 9th day of July 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-1656-JCC
PAGE - 1