THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KELLY SHAFFSTALL, an individual, | CASE NO. C18-1656-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| OLD DOMINION FREIGHT LINE, INC., a Virginia corporation, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion to extend deadlines. (Dkt. No. 30.) When a party requests an extension of time before the original time expires, a district court has wide discretion and may grant the request so long as it finds "good cause." Fed. R. Civ. P. 6(b)(1)(A); *Jenkins v. Commonwealth Land Title Ins. Co.*, 95 F.3d 791, 795 (9th Cir. 1996). Having considered the motion, the relevant record, and the telephonic conference held pursuant to Local Civil Rule 7(i), the Court finds good cause for Defendant's request. The Court therefore GRANTS the motion and ORDERS that discovery must be completed by October 31, 2019.

//

//

1       DATED this 18th day of September 2019.

                                                  William M. McCool
                                                  Clerk of Court

                                                  s/Tomas Hernandez
                                                  Deputy Clerk

MINUTE ORDER
C18-1656-JCC
PAGE - 2