THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KELLY SHAFFSTALL, an individual, | CASE NO. C18-1656-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| OLD DOMINION FREIGHT LINE, INC., a Virginia corporation, | |
| Defendant. | |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On September 13, 2019, Defendant filed a motion to compel. (Dkt. No. 35.) The parties subsequently held a telephonic conference with the Court to discuss Defendant's motion and other discovery issues. (*See* Dkt. No. 40 at 1.) Following the conference, the Court extended the discovery deadline to give the parties more time to complete discovery. (*See id.*) Defendant never renewed its motion to compel, and the issues raised in the motion appear to be resolved. Accordingly, the Court DENIES Defendant's motion to compel as moot (Dkt. No. 35).

//

//

MINUTE ORDER
C18-1656-JCC
PAGE - 1

DATED this 24th day of August 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
