THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KELLY SHAFFSTALL, an individual, | CASE NO. C18-1656-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| OLD DOMINION FREIGHT LINE, INC., a Virginia corporation, | |
| Defendant. | |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for trial setting (Dkt. No. 76). The Court hereby GRANTS the motion and ORDERS as follows:

1. The 8–10-day estimate jury trial is set for August 9, 2021;

2. The proposed pretrial order is due July 30, 2021; and

3. Trial briefs and proposed voir dire/jury instructions are due by August 5, 2021.

DATED this 28th day of August 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-1656-JCC
PAGE - 1