THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAWN SHAFFSTALL,<br><br>               Plaintiff,<br>    v.<br><br>OLD DOMINION FREIGHT LINE, INC.,<br><br>               Defendant. | CASE NO. C18-1656-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff Dawn Shaffstall's request for the Court to hear an expedited telephonic motion pursuant to Local Civil Rule 7(i) and the Court's order regarding discovery and depositions (Dkt. No. 6) regarding whether a witness may be deposed after the close of discovery. Ms. Shafstall represents that Defendant does not oppose the Court resolving this dispute telephonically. Accordingly, the parties are DIRECTED to file briefs of no more than three double-spaced pages setting forth their positions by Friday, February 19, 2021 at 5:00 p.m. If the Court concludes that a telephonic conference is necessary, the Courtroom Deputy will contact the parties to schedule telephonic argument for Friday, February 26, 2021. As noted in the Court's order regarding depositions and discovery, it is likely that a law clerk will "field the call and relate the issues to Judge Coughenour for his consideration." (Dkt. No. 6.)

MINUTE ORDER
C18-1656-JCC
PAGE - 1

1  If a telephonic conference is not necessary, the Court will decide the issue promptly based on the
2  briefing.
3         DATED this 16th day of February 2021.

                                        William M. McCool
                                        Clerk of Court

                                        s/Paula McNabb
                                        Deputy Clerk

MINUTE ORDER
C18-1656-JCC
PAGE - 2