THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAWN SHAFFSTALL, | CASE NO. C18-1656-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| OLD DOMINION FREIGHT LINE, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte.* Earlier today, the Court heard telephonic argument on Plaintiff's motion to compel the deposition of Laura Williams (Dkt. No. 81). Based on the representations at oral argument, the Court is hopeful the parties can resolve this dispute without Court intervention. Accordingly, the Court ORDERS the parties to meet and confer by Wednesday, March 3, 2021 to determine whether the parties can agree to a stipulation about the scope of Ms. Williams's testimony that would obviate Plaintiff's need for a deposition. If the parties fail to reach a stipulation, the Court orders the parties to file: (1) a brief statement informing the Court and (2) the 30(b)(6) deposition notice and the response identifying Ms. Williams as a potential witness and the topics on which she was designated to testify.

//

DATED this 26th day of February 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
