THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAWN SHAFFSTALL, | CASE NO. C18-1656-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| OLD DOMINION FREIGHT LINE, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue the trial and associated deadlines (Dkt. No. 86). The parties wish to continue the trial in light of the uncertainty about whether the Court will be able to try the case as scheduled as it emerges from the COVID-19 pandemic and needs to prioritize criminal cases. (*See id.*) Having considered the motion and relevant record and finding good cause, the Court GRANTS the motion and ORDERS as follows:

1. The August 9, 2021 jury trial is CONTINUED until April 25, 2022.
2. The proposed pretrial order is due on April 15, 2022.
3. Trial briefs and proposed voir dire/jury instructions are due by April 21, 2022.
4. This order does not reopen any deadlines that have already passed, including but not

limited to the discovery deadline and the summary judgment deadline.

DATED this 22nd day of June 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
