UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAWN SHAFFSTALL,<br><br>                    Plaintiff,<br><br>     v.<br><br>OLD DOMINION FREIGHT LINE, INC.,<br><br>                    Defendant. | CASE NO. C18-01656-LK<br><br>ORDER GRANTING STIPULATED MOTION OF DISMISSAL |

This matter comes before the Court on the parties' stipulation and proposed order of dismissal. Dkt. No. 92. The parties stipulate to the dismissal of all claims in this action with prejudice and without costs, with each party to bear its own attorneys' fees and other litigation expenses. *Id.*

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties' stipulated motion, Dkt. No. 92, is GRANTED, and this case is dismissed with prejudice and without costs, with each party to bear its own attorneys' fees and other litigation expenses.

Dated this 9th day of March, 2022.

ORDER GRANTING STIPULATED MOTION OF DISMISSAL - 1

1

2

*[signature: Lauren King]*

Lauren King
United States District Judge

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER GRANTING STIPULATED MOTION OF DISMISSAL - 2